CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 21 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROSS M. COLEMAN, ) | Civil Action No. 7:12cv00387 |
| Plaintiff, ) | |
| v. ) | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL ) JAIL AUTHORITY, ) | |
| Defendant. ) | By: Samuel G. Wilson<br>United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The Clerk is **DIRECTED** to strike this matter from the court's active docket and to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: August 21, 2012.

_____
UNITED STATES DISTRICT JUDGE